

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSAURA ARREOLA, INDIVIDUALLY AND ON BEHALF OF THE ESTAT OF JASON OROSCO MOLINAR, DECEASED, | § § § | No. 08-20-00133-CV<br><br>Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| UNION PACIFIC RAILROAD, HERBERT DIAZ AND BERT FREDRICK HARKNESS. | § § | (TC# 2016DCV3664) |
| Appellee. | | |

**O R D E R**

The Court GRANTS D'Anne Asleson's request for an extension of time within which to file the Reporter's Record until September 29, 2020. NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that D'Anne Asleson, Official Court Reporter for the County Court at Law Number Six for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before September 29, 2020.

IT IS SO ORDERED this 1st day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.